IN THE DISTRICT COURT OF OKLAHOMA COUNTY
STATE OF OKLAHOMA

MCINTOSH SERVICE, LLC, an Oklahoma
limited liability company,

Plaintiff,

v.

CUREAHEALTH OKLAHOMA, LLC, a
foreign limited liability company doing
business as PAM HEALTH SPECIALTY
HOSPITAL OF OKLAHOMA CITY,

Defendants.



CJ – 2026 – 5 3 4 4
Case No.

Judge

FILED IN DISTRICT COURT
OKLAHOMA COUNTY

ATTORNEYS' LIEN CLAIMED

JUL – 2 2026

RICK WARREN
COURT CLERK

42

### PETITION

COMES NOW the Plaintiff, McIntosh Service, LLC, and for its claims and causes of

action against the Defendant, CuraHealth Oklahoma, LLC d/b/a PAM Health Specialty Hospital

of Oklahoma City, alleges and states as follows:

#### PARTIES, JURISDICTION & VENUE

1.      McIntosh Service, LLC ("McIntosh" or "Plaintiff") is an Oklahoma limited liability

company, with its principal place of business in Tulsa, Oklahoma.  At all times material to this action

McIntosh provided heating, ventilation, air conditioning, and related materials and services for

commercial and residential customers in the greater Tulsa and Oklahoma City areas, including to and

at the request of Defendant CuraHealth Oklahoma, LLC d/b/a PAM Health Specialty Hospital of

Oklahoma City.

2.      Defendant CuraHealth Oklahoma, LLC d/b/a PAM Health Specialty Hospital of

Oklahoma City ("CuraHealth") is a foreign limited liability company with its principal place of

business in Oklahoma City, Oklahoma.  At all times material to this action, CuraHealth was a

purchaser of mechanical services and equipment from McIntosh.

3.      At the request and direction of CuraHealth, McIntosh supplied mechanical

services, material and equipment to CuraHealth's PAM Health Specialty Hospital in Oklahoma City on not fewer than thirty-nine separate occasions from September 9, 2024 through and including November 30, 2025, for the use and benefit of Defendant CuraHealth in Oklahoma County, Oklahoma.

4. This dispute arises from the failure of CuraHealth to pay McIntosh for the labor, material, equipment, and services furnished by McIntosh to and at the request of CuraHealth for the use and benefit of CuraHealth at the PAM Health Specialty Hospital in Oklahoma City and CuraHealth's failure to satisfy its payment obligations under the McIntosh invoices issued in connection with such labor, material, equipment, and services so furnished.

5. This Court has jurisdiction over the parties and the subject matter at issue in this action and venue is proper in this Court pursuant to OKLA. STAT. TIT. 12, §§ 137 and 142.

## ALLEGATIONS COMMON TO ALL COUNTS

6. McIntosh adopts and realleges each and every allegation contained in foregoing paragraphs 1 through 5, as if fully set forth in this paragraph 6.

7. On or about March 26,2024, CuraHealth executed a Credit Application for a Business Account with McIntosh ("Credit Application"). [A true and correct copy of the subject Credit Application is attached hereto as **Exhibit "A".**]

8. Pursuant to the Credit Application, CuraHealth agreed to pay all of McIntosh's invoices within thirty (30) days from the date of the invoice and to assert any claims with respect to any services performed or material or equipment furnished within seven (7) working days of the date of the invoice. [*See* **Exhibit "A".**]

9. Beginning in September 2024, CuraHealth repeatedly requested that McIntosh provide services (including labor, material, and equipment) (the "Services") with respect to certain heating, ventilation, air conditioning, and other equipment (the "Equipment") located at

and within CuraHealth's PAM Health Specialty Hospital located in Oklahoma City, Oklahoma.

10.    In reliance on the commitment of CuraHealth to pay McIntosh for all such Services provided to CuraHealth, McIntosh repeatedly responded to service calls received from CuraHealth, in each instance traveling to the facility and performing Services as requested with respect to the Equipment located at and within CuraHealth's PAM Health Specialty Hospital located in Oklahoma City, Oklahoma.

11.    Beginning in May 2025, and while CuraHealth continued placing service calls to McIntosh to perform additional Services at the PAM Health Specialty Hospital, to which McIntosh timely responded and provided the required Serivces, CuraHealth ceased paying McIntosh's invoices relative to such Services. [A true and correct listing of the Invoices giving rise to the debt owed to McIntosh by CuraHealth for Services requested by CuraHealth and performed by McIntosh, is attached hereto as **Exhibit "B"** and is incorporated herein by reference, reflecting an aggregate principal liquidated amount due and owing of $318,088.20.]

12.    CuraHealth has failed and refused to comply with its obligations to pay McIntosh for the Services that were repeatedly requested, ordered and authorized by CuraHealth, were repeatedly performed by McIntosh, and were repeatedly received and accepted by CuraHealth, in the aggregate principal amount of Three Hundred Eighteen Thousand, Eighty-Eight and 20/100 Dollars ($318,088.20), and the entirety of such amount is due and owing. [*See* **Exhibit "A".**]

13.    None of the Services requested by CuraHealth and furnished by McIntosh at the request and direction of CuraHealth has been returned or rejected by CuraHealth, nor has CuraHealth rejected the benefit provided by McIntosh by reason of the Services requested by CuraHealth and performed by McIntosh, nor have any of such Services been returned. Instead, the subject Services have been used and enjoyed by CuraHealth without paying therefor to the detriment of McIntosh.

14. Despite McIntosh's full and satisfactory compliance with its agreement with CuraHealth to furnish, install, and provide the Services at the PAM Health Specialty Hospital facility, and McIntosh's repeated demands for payment of the amount owed to McIntosh with respect to such Services, CuraHealth has failed and refused to pay the balance due to McIntosh for such Services in the principal liquidated amount of $318,088.20, causing interest to accrue on the debts created by each Invoice, at the rate of 6% per annum from and after the date each Invoice became due, for total accrued interest through August 31, 2026 in the aggregate amount of $14,616.49, and such interest is continuing to accrue thereafter at the rate of $52.29 per day until paid.

## COUNT I
### [Breach of Contract / Open Account]

15. McIntosh adopts and realleges each and every allegation contained in foregoing paragraphs 1 through 14, as if fully set forth in this paragraph 15.

16. The failure of CuraHealth to pay the invoices McIntosh tendered for payment relative to Services performed at the PAM Health Specialty Hospital facility in accordance with the request and direction of CuraHealth, constitutes a breach of contract and failure to pay on an open account.

17. As a result of CuraHealth's breach of contract and failure to pay McIntosh's invoices on its open account, McIntosh is entitled to judgment in its favor and against CuraHealth for damages in the principal liquidated amount of $318,088.20, plus interest accrued thereon in the amount of $14,616.49 through August 31, 2026, plus interest accruing thereafter in the amount of $52.29 per day through the date of judgment herein, and plus the costs of this action, including a reasonable attorneys' fee, all pursuant to OKLA. STAT. TIT. 23, § 6 and OKLA. STAT. TIT. 12, §§ 928 and 936, the terms of the Credit Application and the terms and conditions agreed to therein, and such other and further relief as the Court deems just and proper.

WHEREFORE, Plaintiff, McIntosh Mechanical, LLC, prays for judgment in its favor and against CuraHealth Oklahoma, LLC d/b/a PAM Health Specialty Hospital of Oklahoma City, on McIntosh's claims for ***breach of contract and open account*** in the principal liquidated amount of $318,088.20, plus interest accrued thereon in the amount of $14,616.49 through August 31, 2026, plus interest accruing thereafter in the amount of $52.29 per day through the date of judgment herein, and the costs of this action, including a reasonable attorneys' fee, all pursuant to OKLA. STAT. TIT. 23, § 6 and OKLA. STAT. TIT. 12, §§ 928 and 936, and such other and further relief as the Court deems just and proper.

METCALF & SPITLER, PLLC

By: _____
Steven K. Metcalf, OBA No. 14780
*smetcalf@metcalfspitlerlaw.com*
William H. Spitler, OBA No. 18841
*wspitler@metcalfspitlerlaw.com*
20 East Fifth Street, Suite 750
Tulsa, Oklahoma 74103
(918) 508-2870 | Telephone
(918) 551-7253 | Facsimile

*Attorneys for Plaintiff, McIntosh Service, LLC*

**ATTORNEYS' LIEN CLAIMED**

 **McIntosh**

## CREDIT APPLICATION FOR A BUSINESS ACCOUNT

### BUSINESS CONTACT INFORMATION

| | |
|---|---|
| Company Name: Curahealth Oklahoma, LLC | Date: 3/26/2024 |

Principle Name: PAM Health Specialty Hospital of Oklahoma City

| | | |
|---|---|---|
| Phone: 405-232-8000 | Fax: 405-236-3839 | E-mail: |

Registered company address: 1407 North Robinson Avenue

| | | |
|---|---|---|
| City: Oklahoma City | State: OK | ZIP Code: 73103 |
| Date business commenced: | Fed Tax ID #81-2471465 | |

| | | | |
|---|---|---|---|
| Sole proprietorship: | Partnership: XX | Corporation: | Other: |

### BUSINESS AND CREDIT INFORMATION

Primary business address: 1407 North Robinson Avenue

| | | |
|---|---|---|
| City: Oklahoma City | State: OK | ZIP Code: 73103 |

How long at current address?

| | | |
|---|---|---|
| Telephone: 405-232-8000 | Fax: 405-236-3839 | Web site: www.pamhealth.com |
| Bank name: Wells Fargo | | Bank Contact: Traci Gibney |
| Bank address: 214 Senate Avenue, 4th Floor | | Phone: 717-730-3391 |
| City: Camp Hill | State: PA | ZIP Code: 17011 |

### BUSINESS/TRADE REFERENCES

Company name: W.W. Grainger, Inc.

Address: 100 Grainger Parkway

| | | |
|---|---|---|
| City: Lake Forest | State: IL | ZIP Code: 60045 |
| Phone: 847-647-2060 | Fax: 847-535-0878 | E-mail: Patrick.Ginnelly@grainger.com |

Type of account:

Company name: US Med-Equip, Inc.

Address: PO Box 41321

| | | |
|---|---|---|
| City: Houston | State: TX | ZIP Code: 77241 |
| Phone: 877-677-7767 | Fax: 346-212-2602 | E-mail: billing@usmedequip.com |

Type of account:

Company name: Performance Health, Inc.

Address: 28100 Torch Parkway, Ste. 700

| | | |
|---|---|---|
| City: Warrenville | State: IL | ZIP Code: 60555 |
| Phone: 630-393-6638 | Fax: 855-589-1860 | E-mail: angela.wyatt@netsuite.performancehealth.com |

Type of account:

### AGREEMENT

1. All invoices are to be paid 30 days from the date of the invoice.
2. Claims arising from invoices must be made within seven working days.
3. By submitting this application, you authorize McIntosh Corporation to make inquiries into the banking and business/trade references that you have supplied.

| AUTHORIZED SIGNATURE | MCINTOSH USE ONLY | |
|---|---|---|
| Signature: *Vonnie White* | Date: | Reviewer: |
| Name and Title: Vonnie White, Director of Corporate Accounts Payable | Approved: | Limit: |
| Date: 3/26/2024 | Notes: | |

**PO Box 472208**      **918.270.1414**
**Tulsa, OK 74147-2208**      **918.270.1444 fax**



EXHIBIT
"A"

# Combined Aging by Customer - Current
# McIntosh Service LLC



Age Date 06/18/26 Current
Age By: Invoice Date
Version: Detail

| Job | Job Name | Int Ref | Inv/Cert No. | Service Orders | Service Orders Locations | Analysis | Date | Invoice/Cert Amount | Retention | Billed Amount | Balance | Current | 30 to 59 | 60 to 89 | 90 to 119 | > 120 | Unallocated |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Customer:** | 102576 | | Curahealth Oklahoma LLC | | | | | | | | | | | | | | |
| HVAC2 | Service S2 HVAC Home Job | 02260353 | 250004785 | 25001457 | PAM Health Specialty Hospital of Oklahoma City | 250 OVHD | 02/23/26 | 3,455.17 | 0.00 | 3,455.17 | 3,455.17 | 0.00 | 0.00 | 0.00 | 3,455.17 | 0.00 | 0.00 |
| HVAC2 | Service S2 HVAC Home Job | 02260437 | 250004793 | 25002688 | PAM Health Specialty Hospital of Oklahoma City | 250 OVHD | 02/25/26 | 21,183.00 | 0.00 | 21,183.00 | 21,183.00 | 0.00 | 0.00 | 0.00 | 21,183.00 | 0.00 | 0.00 |
| HVAC2 | Service S2 HVAC Home Job | 02260462 | 250004786 | 25001724 | PAM Health Specialty Hospital of Oklahoma City | 250 OVHD | 02/23/26 | 1,015.79 | 0.00 | 1,015.79 | 1,015.79 | 0.00 | 0.00 | 0.00 | 1,015.79 | 0.00 | 0.00 |
| HVAC2 | Service S2 HVAC Home Job | 02260463 | 250004787 | 25001738 | PAM Health Specialty Hospital of Oklahoma City | 250 OVHD | 02/23/26 | 5,427.20 | 0.00 | 5,427.20 | 5,427.20 | 0.00 | 0.00 | 0.00 | 5,427.20 | 0.00 | 0.00 |
| HVAC2 | Service S2 HVAC Home Job | 05250344 | 05250344 | | | | 05/28/25 | 33,885.00 | 0.00 | 33,885.00 | 33,885.00 | 0.00 | 0.00 | 0.00 | 0.00 | 33,885.00 | 0.00 |
| HVAC2 | Service S2 HVAC Home Job | 05250345 | 05250345 | | | | 05/28/25 | 34,144.00 | 0.00 | 34,144.00 | 34,144.00 | 0.00 | 0.00 | 0.00 | 0.00 | 34,144.00 | 0.00 |
| HVAC2 | Service S2 HVAC Home Job | 05250377 | 250002515 | 25001969 | PAM Health Specialty Hospital of Oklahoma City | 250 OVHD | 05/28/25 | 13,858.41 | 0.00 | 13,858.41 | 13,858.41 | 0.00 | 0.00 | 0.00 | 0.00 | 13,858.41 | 0.00 |
| HVAC2 | Service S2 HVAC Home Job | 06250302 | 250002602 | 25002073 | PAM Health Specialty Hospital of Oklahoma City | 250 OVHD | 06/17/25 | 19,285.12 | 0.00 | 19,285.12 | 19,285.12 | 0.00 | 0.00 | 0.00 | 0.00 | 19,285.12 | 0.00 |
| HVAC2 | Service S2 HVAC Home Job | 06250303 | 250002603 | 25002188 | PAM Health Specialty Hospital of Oklahoma City | 250 OVHD | 06/17/25 | 3,784.69 | 0.00 | 3,784.69 | 3,784.69 | 0.00 | 0.00 | 0.00 | 0.00 | 3,784.69 | 0.00 |
| HVAC2 | Service S2 HVAC Home Job | 06250304 | 250002604 | 25002258 | PAM Health Specialty Hospital of Oklahoma City | 250 OVHD | 06/17/25 | 3,740.91 | 0.00 | 3,740.91 | 3,740.91 | 0.00 | 0.00 | 0.00 | 0.00 | 3,740.91 | 0.00 |
| HVAC2 | Service S2 HVAC Home Job | 06250305 | 250002605 | 25002259 | PAM Health Specialty Hospital of Oklahoma City | 250 OVHD | 06/17/25 | 1,054.69 | 0.00 | 1,054.69 | 1,054.69 | 0.00 | 0.00 | 0.00 | 0.00 | 1,054.69 | 0.00 |
| HVAC2 | Service S2 HVAC Home Job | 06250306 | 250002606 | 25002477 | PAM Health Specialty Hospital of Oklahoma City | 250 OVHD | 06/17/25 | 4,194.28 | 0.00 | 4,194.28 | 4,194.28 | 0.00 | 0.00 | 0.00 | 0.00 | 4,194.28 | 0.00 |
| HVAC2 | Service S2 HVAC Home Job | 06250307 | 250002607 | 25002496 | PAM Health Specialty Hospital of Oklahoma City | 250 OVHD | 06/17/25 | 3,721.34 | 0.00 | 3,721.34 | 3,721.34 | 0.00 | 0.00 | 0.00 | 0.00 | 3,721.34 | 0.00 |
| HVAC2 | Service S2 HVAC Home Job | 06250308 | 250002608 | 25002540 | PAM Health Specialty Hospital of Oklahoma City | 250 OVHD | 06/17/25 | 794.69 | 0.00 | 794.69 | 794.69 | 0.00 | 0.00 | 0.00 | 0.00 | 794.69 | 0.00 |
| HVAC2 | Service S2 HVAC Home Job | 06250309 | 250002609 | 25002548 | PAM Health Specialty Hospital of Oklahoma City | 250 OVHD | 06/17/25 | 4,854.68 | 0.00 | 4,854.68 | 4,854.68 | 0.00 | 0.00 | 0.00 | 0.00 | 4,854.68 | 0.00 |
| HVAC2 | Service S2 HVAC Home Job | 06250457 | 250002618 | 25002208 | PAM Health Specialty Hospital of Oklahoma City | 250 OVHD | 06/30/25 | 1,929.84 | 0.00 | 1,929.84 | 1,929.84 | 0.00 | 0.00 | 0.00 | 0.00 | 1,929.84 | 0.00 |
| HVAC2 | Service S2 HVAC Home Job | 07250064 | 250002646 | 25002599 | PAM Health Specialty Hospital of Oklahoma City | 250 OVHD | 07/10/25 | 1,379.69 | 0.00 | 1,379.69 | 1,379.69 | 0.00 | 0.00 | 0.00 | 0.00 | 1,379.69 | 0.00 |
| HVAC2 | Service S2 HVAC Home Job | 07250264 | 250002719 | 25002632 | PAM Health Specialty Hospital of Oklahoma City | 250 OVHD | 07/31/25 | 534.69 | 0.00 | 534.69 | 534.69 | 0.00 | 0.00 | 0.00 | 0.00 | 534.69 | 0.00 |

**EXHIBIT B**

# Combined Aging by Customer - Current
## McIntosh Service LLC

Age Date 06/18/26 Current
Age By: Invoice Date
Version: Detail

McIntosh
PO Box A72208
Tulsa, OK 74147-2208

| Job | Job Name | Int Ref | Inv/Cert No. | Service Orders | Service Orders Locations | Analysis | Date | Invoice/Cert Amount | Retention | Billed Amount | Balance | Current | 30 to 59 | 60 to 89 | 90 to 119 | > 120 | Unallocated |
|-----|----------|---------|--------------|----------------|--------------------------|----------|------|---------------------|-----------|---------------|---------|---------|----------|----------|-----------|-------|-------------|
| HVAC2 | Service S2 HVAC Home Job | 07250265 | 250002720 | 25002634 | PAM Health Specialty Hospital of Oklahoma City | 250 OVHD | 07/31/25 | 1,503.09 | 0.00 | 1,503.09 | 1,503.09 | 0.00 | 0.00 | 0.00 | 0.00 | 1,503.09 | 0.00 |
| HVAC2 | Service S2 HVAC Home Job | 07250282 | 250002738 | 25002792 | PAM Health Specialty Hospital of Oklahoma City | 250 OVHD | 07/31/25 | 1,834.69 | 0.00 | 1,834.69 | 1,834.69 | 0.00 | 0.00 | 0.00 | 0.00 | 1,834.69 | 0.00 |
| HVAC2 | Service S2 HVAC Home Job | 07250338 | 250002826 | 25002138 | PAM Health Specialty Hospital of Oklahoma City | 250 OVHD | 07/31/25 | 11,253.65 | 0.00 | 11,253.65 | 11,253.65 | 0.00 | 0.00 | 0.00 | 0.00 | 11,253.65 | 0.00 |
| HVAC2 | Service S2 HVAC Home Job | 07250339 | 250002827 | 25002140 | PAM Health Specialty Hospital of Oklahoma City | 250 OVHD | 07/31/25 | 1,008.52 | 0.00 | 1,008.52 | 1,008.52 | 0.00 | 0.00 | 0.00 | 0.00 | 1,008.52 | 0.00 |
| HVAC2 | Service S2 HVAC Home Job | 07250340 | 250002828 | 25002141 | PAM Health Specialty Hospital of Oklahoma City | 250 OVHD | 07/31/25 | 274.69 | 0.00 | 274.69 | 274.69 | 0.00 | 0.00 | 0.00 | 0.00 | 274.69 | 0.00 |
| HVAC2 | Service S2 HVAC Home Job | 07250341 | 250002829 | 25002276 | PAM Health Specialty Hospital of Oklahoma City | 250 OVHD | 07/31/25 | 1,054.69 | 0.00 | 1,054.69 | 1,054.69 | 0.00 | 0.00 | 0.00 | 0.00 | 1,054.69 | 0.00 |
| HVAC2 | Service S2 HVAC Home Job | 07250343 | 250002831 | 25002596 | PAM Health Specialty Hospital of Oklahoma City | 250 OVHD | 07/31/25 | 469.69 | 0.00 | 469.69 | 469.69 | 0.00 | 0.00 | 0.00 | 0.00 | 469.69 | 0.00 |
| HVAC2 | Service S2 HVAC Home Job | 07250344 | 250002832 | 25002624 | PAM Health Specialty Hospital of Oklahoma City | 250 OVHD | 07/31/25 | 4,575.08 | 0.00 | 4,575.08 | 4,575.08 | 0.00 | 0.00 | 0.00 | 0.00 | 4,575.08 | 0.00 |
| HVAC2 | Service S2 HVAC Home Job | 07250345 | 250002833 | 25002636 | PAM Health Specialty Hospital of Oklahoma City | 250 OVHD | 07/31/25 | 3,962.41 | 0.00 | 3,962.41 | 3,962.41 | 0.00 | 0.00 | 0.00 | 0.00 | 3,962.41 | 0.00 |
| HVAC2 | Service S2 HVAC Home Job | 07250346 | 250002834 | 25002637 | PAM Health Specialty Hospital of Oklahoma City | 250 OVHD | 07/31/25 | 469.69 | 0.00 | 469.69 | 469.69 | 0.00 | 0.00 | 0.00 | 0.00 | 469.69 | 0.00 |
| HVAC2 | Service S2 HVAC Home Job | 08250126 | 250002847 | 25002638 | PAM Health Specialty Hospital of Oklahoma City | 250 OVHD | 08/15/25 | 4,707.29 | 0.00 | 4,707.29 | 4,707.29 | 0.00 | 0.00 | 0.00 | 0.00 | 4,707.29 | 0.00 |
| HVAC2 | Service S2 HVAC Home Job | 08250188 | 250002848 | 25001110 | PAM Health Specialty Hospital of Oklahoma City | 250 OVHD | 08/18/25 | 786.41 | 0.00 | 786.41 | 786.41 | 0.00 | 0.00 | 0.00 | 0.00 | 786.41 | 0.00 |
| HVAC2 | Service S2 HVAC Home Job | 08250200 | 250002861 | 25002789 | PAM Health Specialty Hospital of Oklahoma City | 250 OVHD | 08/18/25 | 520.00 | 0.00 | 520.00 | 520.00 | 0.00 | 0.00 | 0.00 | 0.00 | 520.00 | 0.00 |
| HVAC2 | Service S2 HVAC Home Job | 10250014 | 250003331 | 25002565 | PAM Health Specialty Hospital of Oklahoma City | 250 OVHD | 10/08/25 | 4,042.74 | 0.00 | 4,042.74 | 4,042.74 | 0.00 | 0.00 | 0.00 | 0.00 | 4,042.74 | 0.00 |
| HVAC2 | Service S2 HVAC Home Job | 12250039 | 250003838 | 25002074 | PAM Health Specialty Hospital of Oklahoma City | 250 OVHD | 12/08/25 | 125,185.57 | 0.00 | 125,185.57 | 125,185.57 | 0.00 | 0.00 | 0.00 | 0.00 | 125,185.57 | 0.00 |
| HVAC2 | Service S2 HVAC Home Job | 12250044 | 250003843 | 25002558 | PAM Health Specialty Hospital of Oklahoma City | 250 OVHD | 12/08/25 | 9,197.33 | 0.00 | 9,197.33 | 9,197.33 | 0.00 | 0.00 | 0.00 | 0.00 | 9,197.33 | 0.00 |
| HVAC2 | Service S2 HVAC Home Job | 12250046 | 250003845 | 25002600 | PAM Health Specialty Hospital of Oklahoma City | 250 OVHD | 12/08/25 | 5,199.70 | 0.00 | 5,199.70 | 5,199.70 | 0.00 | 0.00 | 0.00 | 0.00 | 5,199.70 | 0.00 |
| HVAC2 | Service S2 HVAC Home Job | 12250053 | 250003852 | 25002683 | PAM Health Specialty Hospital of Oklahoma City | 250 OVHD | 12/08/25 | 5,655.17 | 0.00 | 5,655.17 | 5,655.17 | 0.00 | 0.00 | 0.00 | 0.00 | 5,655.17 | 0.00 |



Age Date 06/18/26 Current
Age By: Invoice Date
Version: Detail

| Job | Job Name | Int Ref | Inv/Cert No. | Service Orders | Service Orders Locations | Analysis | Date | Invoice/Cert Amount | Retention | Billed Amount | Balance | Current | 30 to 59 | 60 to 89 | 90 to 119 | > 120 | Unallocated |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HVAC2 | Service S2 HVAC Home Job | 12250059 | 250003860 | 25002790 | PAM Health Specialty Hospital of Oklahoma City | 250 OVHD | 12/09/25 | 780.00 | 0.00 | 780.00 | 780.00 | 0.00 | 0.00 | 0.00 | 0.00 | 780.00 | 0.00 |
| HVAC2 | Service S2 HVAC Home Job | 12250060 | 250003861 | 25002791 | PAM Health Specialty Hospital of Oklahoma City | 250 OVHD | 12/09/25 | 1,040.00 | 0.00 | 1,040.00 | 1,040.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,040.00 | 0.00 |
| HVAC2 | Service S2 HVAC Home Job | 12250139 | 250003937 | 25003752 | PAM Health Specialty Hospital of Oklahoma City | 250 OVHD | 12/09/25 | 325.00 | 0.00 | 325.00 | 325.00 | 0.00 | 0.00 | 0.00 | 0.00 | 325.00 | 0.00 |
| HVAC2 | Service S2 HVAC Home Job | 12250140 | 250003938 | 25003799 | PAM Health Specialty Hospital of Oklahoma City | 250 OVHD | 12/09/25 | 325.00 | 0.00 | 325.00 | 325.00 | 0.00 | 0.00 | 0.00 | 0.00 | 325.00 | 0.00 |
| HVAC2 | Service S2 HVAC Home Job | 12250291 | 250003992 | 25002465 | PAM Health Specialty Hospital of Oklahoma City | 250 OVHD | 12/22/25 | 34,617.00 | 0.00 | 34,617.00 | 34,617.00 | 0.00 | 0.00 | 0.00 | 0.00 | 34,617.00 | 0.00 |
| HVAC2 | Service S2 HVAC Home Job | 12250293 | 250003994 | 25002557 | PAM Health Specialty Hospital of Oklahoma City | 250 OVHD | 12/22/25 | 39,324.72 | 0.00 | 39,324.72 | 39,324.72 | 0.00 | 0.00 | 0.00 | 0.00 | 39,324.72 | 0.00 |
| PLBG2 | Service S2 PLBG Home Job | 01260419 | 251001140 | 25101166 | PAM Health Specialty Hospital of Oklahoma City | 251 OVHD | 01/29/26 | 488.35 | 0.00 | 488.35 | 488.35 | 0.00 | 0.00 | 0.00 | 0.00 | 488.35 | 0.00 |
| PLBG2 | Service S2 PLBG Home Job | 06250312 | 251000916 | 25100971 | PAM Health Specialty Hospital of Oklahoma City | 251 OVHD | 06/17/25 | 274.69 | 0.00 | 274.69 | 274.69 | 0.00 | 0.00 | 0.00 | 0.00 | 274.69 | 0.00 |
| Customer: 102576 - Curahealth Oklahoma LLC | | | | | | | | 417,118.36 | 0.00 | 417,118.36 | 417,118.36 | 0.00 | 0.00 | 0.00 | 31,081.16 | 386,037.20 | 0.00 |
| Total | | | | | | | | 417,118.36 | 0.00 | 417,118.36 | 417,118.36 | 0.00 | 0.00 | 0.00 | 31,081.16 | 386,037.20 | 0.00 |

Case 5:26-cv-01957-JD    Document 1-1    Filed 07/30/26    Page 9 of 11





**ORIGINAL SUMMONS**

### IN THE DISTRICT COURT FOR OKLAHOMA COUNTY
### STATE OF OKLAHOMA

MCINTOSH SERVICE, LLC,

          Plaintiff,

v.

CURAHEALTH OKLAHOMA, LLC, a
foreign limited liability company doing
business as PAM HEALTH SPECIALTY
HOSPITAL OF OKLAHOMA CITY,

          Defendant.

Case No. **CJ - 2026 - 5 3 4 4**

Honorable _____

**Attorney for Plaintiff**
Name: Steven K. Metcalf, OBA NO. 14780
William H. Spitler, OBA No. 18841
Address: 20 E. 5th Street, Suite 750
Tulsa, OK 74103
(918) 508-2870

Appointed to serve.  PSL # _____

Authorized by _____

**CURAHEALTH OKLAHOMA, LLC**
**c/o Corporation Service Company**
**10300 Greenbriar Place**
**Oklahoma City, OK 73159**

To the above-named Defendant:

    You have been sued by McIntosh Service, LLC.  You are directed to file a written answer to the attached Petition in the court at the above address within twenty (20) days after service of this Summons upon you, exclusive of the day of service.  Within the same time, a copy of your Answer must be delivered or mailed to the attorney for the Plaintiff, McIntosh Service, LLC, noted above.  Unless you Answer the Petition within the time stated, judgment will be rendered against you with costs of the action.

    Issued this ⟨2nd⟩ day of ⟨July⟩ _____, 2026.

                              Rick Warren, Court Clerk



**Return ORIGINAL for filing.**

<u>RETURN/AFFIDAVIT OF SERVICE</u>

IN THE DISTRICT COURT OF OKLAHOMA COUNTY
STATE OF OKLAHOMA  CJ-2026-5344

## PERSONAL SERVICE

I certify that I received the foregoing summons the _____ day of _____, 2026, and that I delivered a copy of said summons with a copy of the petition and order attached to each of the following-named defendants personally in _____ County at the address and on the date set forth opposite each name, to wit:

| Name of Defendant | Address | Date of Service |
|---|---|---|
| | | |
| | | |
| | | |

## USUAL PLACE OF RESIDENCE

I certify that I received the foregoing summons on the _____ day of _____, 2026, and that on _____, I served _____ by leaving a copy of said summons with a copy of the petition and order attached at _____, which is his dwelling house or usual place of abode, with __ _____, a person then residing therein who is fifteen (15) years of age or older.

## CORPORATION RETURN

Received this summons this _____ day of _____, 2026, and as commanded therein, I summoned the within-named defendant, as follows, to wit:_____ _____ a corporation, on the _____ day of _____, 2026, by delivering a true and correct copy of the within summons hereof with endorsements thereon and a copy of the Petition to _____, he/she being the _____ of said corporation, and the _____, President, Vice-President, Secretary, Treasurer, or other chief officer not being found in said County.

## NOT FOUND

Received this summons this _____ day of _____, 2026. I certify that the following persons of the defendant(s) within named not found in said County:

_____

_____

## FEES

Fee for service $_____, Mileage $_____, Total $_____

Dated this _____ day of _____, 2026.

By: _____
        Deputy – Oklahoma County, Oklahoma

By: _____
        Process Server – Oklahoma County, Oklahoma